GERARD COMMERCIAL CORPORATION, Respondent, *v.* MADDALENA PIETRANTONIO, Appellant.

Supreme Court, Appellate Term, First Department, November 21, 1928.

*Baar & Bennett*, for the appellant.

*Zalkin & Cohen*, for the respondent.

PER CURIAM. Although the trial judge was warranted in deciding that plaintiff was a holder in due course (*Title Guarantee & Trust Co.* v. *Pam*, 232 N. Y. 441) a triable issue was presented by the averments that plaintiff was carrying on the business of dis-

counting notes in violation of section 140 of the Banking Law. (*Meserole Securities Co.* v. *Cosman*, 131 Misc. 361.)

Judgment and order reversed, with ten dollars costs to appellant to abide the event, and motion for leave to serve an amended answer granted.

All concur; present, DELEHANTY, LYDON and CRAIN, JJ.